## ROBERT LEE JOHNSON *v.* WARDEN, CONNECTICUT CORRECTIONAL INSTITUTE
### (6508)

DUPONT, C. J., O'CONNELL and NORCOTT, Js.

Argued November 17—decision released December 13, 1988

*Ernest J. Diette, Jr.,* special public defender, for the appellant (petitioner).

*Julia DiCocco Dewey,* assistant state's attorney, with whom, on the brief, was *Steven Sellers,* deputy assistant state's attorney, for the appellee (respondent).

PER CURIAM. There is no error.